## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**JAMES A. MADER,**
     **Plaintiff,**

   **v.**         **Case No. 26-CV-531**

**FRANK BISIGNANO**
*Commissioner of Social Security,*

     **Defendant.**

## ORDER DENYING PLAINTIFF'S REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

James A Mader recently filed a complaint against the Commissioner of the Social Security Administration. (ECF No. 1.) Accompanying Mader's complaint was a Request to Proceed in District Court without Prepaying the Filing Fee. (ECF No. 3.)

Having reviewed this motion, the court concludes that Mader is able to pay the $405.00 filing fee. Mader states that he owns a truck valued at $35,000 and has $2,000,000 of equity in his home. (ECF No. 3 at 3.) He additionally notes that he owns 300 acres of farmland. (ECF No. 3 at 4.) Accordingly, Mader's Request to Proceed in District Court without Prepaying the Filing Fee is **denied.** Mader will be ordered to **pay the filing fee by May 1, 2026**, or face dismissal of his suit.

This matter shall proceed in accordance with the schedule set forth in the briefing letter the Clerk of Court shall issue upon receipt of the filing fee.

**SO ORDERED.**

Dated at Green Bay, Wisconsin this 1st day of April, 2026.

*s/ Byron B. Conway*
BYRON B. CONWAY
United States District Judge